IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                                         PLAINTIFF

V.                               CASE NO. 5:22-CV-05238

CHIEF DEPUTY JAY CANTRELL;
MAJOR RANDALL DENZER;
CAPTAIN NOLAN AKE;
LIEUTENANT MIKE ARNOLD;
LIEUTENANT AMANDA ARNOLD;
LIEUTENANT CARRIER; CAPTAIN EAST;
SERGEANT ALLEN; SERGEANT PINEDA;
SERGEANT FOSTER; SERGEANT LUNSFORD;
SERGEANT WORKMAN; SERGEANT BYRD;
SERGEANT BRADSHAW; SERGEANT B. MORGAN;
SERGEANT BEAVERS; SERGEANT MALONE;
CORPORAL CAUDLE; CORPORAL FARBER;
CORPORAL MULVANEY; CORPORAL CARTER;
CORPORAL CARPENTER; CORPORAL CORLEY;
CORPORAL SMITH; CORPORAL VANDENACK;
CORPORAL VELASCO; CORPORAL BREWER;
CORPORAL TURNER; CORPORAL BOWMAN;
CORPORAL NUNZIATO; DEPUTY FRYE;
DEPUTY BECK; DEPUTY DRUMRIGHT;
DEPUTY BILBREY; and DEPUTY MARTINEZ                                           DEFENDANTS

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 8) filed on January 26, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**.  Pursuant to the Court's screening authority set forth at 28 U.S.C. § 1915A, **IT IS ORDERED THAT**:

(1) Plaintiff's individual and official capacity claims against the following defendants are **DISMISSED WITHOUT PREJUDICE**: Major Randall Denzer; Captain Nolan Ake; Lieutenant Mike Arnold; Lieutenant Amanda Arnold; Lieutenant Carrier; Captain East; Sergeant Allen; Sergeant Pineda; Sergeant Foster; Sergeant Lunsford; Sergeant Workman; Sergeant Byrd; Sergeant Bradshaw; Sergeant Morgan; Sergeant Beavers; Sergeant Malone; Corporal Farber; Corporal Mulvaney; Corporal Carter; Corporal Carpenter; Corporal Corley; Corporal Smith; Corporal Vandenack; Corporal Velasco; Corporal Brewer; Corporal Turner; and Corporal Bowman; and

(2) Plaintiff's individual and official capacity claims against Chief Deputy Jay Cantrell, Corporal Sam Caudle, Deputy Frye, Deputy Beck, Corporal Nunziato, Deputy Drumright, Deputy Bilbrey, and Deputy Martinez **SURVIVE REVIEW AND SHALL PROCEED**.

**IT IS SO ORDERED** on this 14th day of February, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE