IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                                               PLAINTIFF

V.                                      CASE NO. 5:22-CV-05238

CHIEF DEPUTY JAY CANTRELL;
CORPORAL CAUDLE;
CORPORAL DOMINICK NUNZIATO; DEPUTY FRYE;
DEPUTY BECK; DEPUTY DRUMRIGHT;
DEPUTY BILBREY; and DEPUTY MARTINEZ                                           DEFENDANTS

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 64) filed on March 26, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Plaintiff's Motion for Contempt (Doc. 60) is **DENIED**.

**IT IS SO ORDERED** on this 16th day of April, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE