IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                          PLAINTIFF

V.                      CASE NO. 5:22-CV-5238

CHIEF DEPUTY JAY CANTRELL;
CORPORAL CAUDLE;
CORPORAL DOMINICK NUNZIATO;
DEPUTY FRYE; DEPUTY BECK;
DEPUTY DRUMRIGHT; DEPUTY BILBREY;
and DEPUTY MARTINEZ                                              DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 74) filed in this case on July 11, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and Defendants' Motion for Summary Judgment (Doc. 34) is **GRANTED IN PART AND DENIED IN PART** as follows: Plaintiff's individual capacity claims against Defendants Nunziato, Martinez, Bilbrey, Beck, Drumright, and Fry for allegedly spreading feces and urine in his cell is **DENIED**, but the Motion is otherwise **GRANTED** in all respects.

Defendants are further **ORDERED** to submit a supplemental motion for summary judgment as described in the R&R, and Plaintiff will be directed to respond.

**IT IS SO ORDERED** on this 30th day of July, 2024.

                                                           */s/ Timothy L. Brooks*
                                                           TIMOTHY L. BROOKS
                                                           UNITED STATES DISTRICT JUDGE