IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                                              **PLAINTIFF**

V.                                        **CASE NO. 5:22-CV-5238**

**CHIEF DEPUTY JAY CANTRELL;
CORPORAL CAUDLE;
CORPORAL DOMINICK NUNZIATO;
DEPUTY FRYE; DEPUTY BECK;
DEPUTY DRUMRIGHT; DEPUTY BILBREY;
and DEPUTY MARTINEZ**                                                                             **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 85) filed on March 12, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, Defendants' Supplemental Motion for Summary Judgment (Doc. 78) is **GRANTED**, and Plaintiff's claim against Defendants Nunziato, Martinez, Bilbrey, Beck, Drumright, and Fry for retaliating against him by using a mop to spread urine and feces in his cell is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court update the spelling of Defendant Fry's name in the docket to reflect the correct spelling: Fry; and terminate Sam Caudle as a defendant to this action.

Plaintiff's claims against Defendants Fry, Beck, Nunziato, Drumright, Bilbrey, and Martinez in their individual capacities for "using the issue of filth to harass and antagonize [him] by forcing themselves into [his] cell with brooms and mops contaminated with urine

1

and feces and spreading it all over [his] floor," (Doc. 1, p. 12), remain pending and will go forward.

      **IT IS SO ORDERED** on this 1st day of April, 2025.

                                                     */s/ Timothy L. Brooks*
                                                     TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE